**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALFREDO GUIJARO,<br><br>Petitioner,<br><br>v.<br><br>J. DOERER, Warden,<br><br>Respondent. | Case No. EDCV 23-0537 JAK (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation (the "Report"). The time for filing objections to the Report has passed, and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action.

DATED: August 23, 2023

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE