**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALREDO GUIJARO, | Case No. EDCV 23-0537 JAK (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| J. DOERER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed.

DATED:   August 23, 2023

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE